UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **WILLIE LEON BANKS,** | } |
| Petitioner, | } |
| v. | } Case No.: 7:12-cv-2874-RDP-TMP |
| **CHERYL PRICE, et al.,** | } |
| Respondents. | } |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation (Doc. #11) on November 21, 2013, recommending that the petition for *habeas corpus* relief under 28 U.S.C. § 2254 be dismissed with prejudice. The parties were allowed therein fourteen days in which to file objections to the Recommendation made by the Magistrate Judge. On December 5, 2013, Petitioner filed objections (Doc. #12) to the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendation of the Magistrate Judge that the petition for *habeas corpus* relief be denied.

A separate order in conformity with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this December 11, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE